Núm. 7820.—ECHEVARRÍA & Co., aplda. *v.* DOMENECH, TESORERO, aplte.—C. D. San Juan. Devolución de Contribuciones. Enero 27, 1939.

Por los motivos expresados en la opinión emitida en el caso núm. 7814, *A. Cuesta & Cía., Sucrs., S. en C.* v. *Sancho Bonet, Tesorero,* resuelto el día 19 de los corrientes (ante, pág. 87), se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en el caso arriba titulado con fecha marzo 29, 1938.

Los Jueces Presidente Sr. Del Toro y Asociado Sr. De Jesús, no intervinieron.